[This opinion has been published in *Ohio Official Reports* at 89 Ohio St.3d 575.]

THE STATE EX REL. MCCORD, APPELLANT, *v.* INDUSTRIAL COMMISSION OF OHIO ET AL., APPELLEES.

[Cite as *State ex rel. McCord v. Indus. Comm.*, 2000-Ohio-487.]

*Workers' compensation—Court of appeals' judgment reversed on authority of State ex rel. Baker v. Indus. Comm.—Writ of mandamus allowed.*

(No. 00-674—Submitted July 25, 2000—Decided September 6, 2000.)

APPEAL from the Court of Appeals for Franklin County, No. 99AP-454.

————————————

*Thompson, Meier & Dersom* and *Thomas D. Thompson*, for appellant.

*Betty D. Montgomery*, Attorney General, and *Sandee E. Blabolil*, Assistant Attorney General, for appellee Industrial Commission of Ohio.

*Eastman & Smith, Ltd., Thomas A. Dixon* and *Margaret A. Mattimoe*, for appellee John Cheeseman Trucking, Inc.

————————————

{¶ 1} The judgment of the court of appeal is reversed on the authority of *State ex rel. Baker v. Indus. Comm.* (2000), 89 Ohio St.3d 376, 732 N.E.2d 355.

{¶ 2} The writ of mandamus compelling the Industrial Commission of Ohio to award appellant temporary total disability compensation benefits is allowed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

————————————